JOHN J. CONE, Appellant, *v.* ADDIE A. LAUER, Respondent.

*Cone* v. *Lauer*, 131 App. Div. 193, appeal dismissed.
(Argued April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1909, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to set aside a tax deed as a cloud upon title.

The motion was made upon the grounds that the notice of the appeal was not served in time, that the affirmance by the

Appellate Division was unanimous and that the exceptions were frivolous.

*George R. Bristor* for motion.

*Martin Conboy* opposed.

. Motion granted and appeal dismissed, with costs and ten dollars costs of motion.